# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2012

Robert P. Young, Jr.,
Chief Justice

144053

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 144053
COA: 296721
Genesee CC: 09-024636-FC

ALLANAH TUMURA BENTON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2012

_____
Clerk

t0508